

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-24-00377-CV

_____

IN RE LINDA MOLINA, Relator

Original Proceeding
153rd District Court of Tarrant County, Texas
Trial Court No. 153-335243-22

Before Kerr, Bassel, and Wallach, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus, record, real party in interest's response, and relator's reply and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

Per Curiam

Delivered: October 4, 2024